

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HENRY LEE HUTCHINSON, | § | No. 08-22-00002-CR |
| Appellant, | § | Appeal from the |
| v. | § | 54th District Court |
| THE STATE OF TEXAS, | § | of McLennan County, Texas |
| State. | § | (TC# 2012-1755-C2) |
|  | § |  |

### **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 5, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Walter Reaves, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 5, 2022.

IT IS SO ORDERED this 1st day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.